AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Savannah Licensing LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:22-cv-00226 |
| Nuu Mobile Corporation | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nuu Mobile Corporation
c/o Registered Agent
Ronald Rohde
8350 N. Central Expwy, 1900
Dallas, TX 75206 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William P. Ramey, III
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 800,
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SERVICE RETURN ATTACHED*

CLERK OF COURT

Date: 2/1/2022

s/ N. Taylor
*Signature of Clerk or Deputy Clerk*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                              SERVICE RETURN ATTACHED

                              _____
                              *Printed name and title*
                              ATX Process, LLC
                              604 West 9th Street
                              Suite B
                              Austin, TX 78701

                              _____
                              *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 3:22-CV-00226

Plaintiff:
Savannah Licensing LLC
vs.
Defendant:
Nuu Mobile Corporation

For: Ramey & Schwaller, LLP

Received by ATX Process, LLC on the 1st day of February, 2022 at 3:24 pm to be served on **Nuu Mobile Corporation by serving its registered agent, Ronald Rohde, 8350 N. Central Expy, Suite 1900, Dallas, Dallas County, TX 75206.** I, _Michael E. Wigginton_, being duly sworn, depose and say that on the _7th_ day of _February_, 2022 at _1:33_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Original Complaint for Patent Infringement and Exhibits** in accordance with state statutes in the manner marked below:

[X] **CORPORATE SERVICE:** By delivering to _Ronald Rohde_ (individual accepting) as _Registered Agent_ (title), at _8350 N. Central Expy, Suite 1900_ (street), _Dallas_ (city), _TX_ (state) _75206_ (zip code) _Dallas_ (county).

( ) **PUBLIC AGENCY:** By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **SUBSTITUTE SERVICE:** By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **GOVERNMENT AGENCY:** By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _8th_ day of _February_, _2022_ by the affiant who is personally known to me.

NOTARY PUBLIC _Melanie A. Locket_

PROCESS SERVER # PSC#3613
Appointed in accordance with State Statutes

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: 2022001106
Ref: Savannah Licensing LLC v Nuu Mobile Corp

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t